UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Thomas

    v.                                  Case No. 17-cv-00571-PB

Robert Hazelwood, Warden, FCI Berlin

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 7, 2018, and dismiss this action in its entirety, for lack of subject matter jurisdiction.

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: May 15, 2018

cc: Robert Thomas, pro se